IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERONICA OMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-CV-00556 |
| ) | |
| YATES SERVICES, LLC, and ENVISION ) | |
| AESC US, LLC ) | Judge Trauger |
| ) | Jury Demand |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Veronica Omar, Defendant Yates Services, LLC, and Defendant Envision AESC US, LLC jointly stipulate that Plaintiff's claims in the above-referenced matter are dismissed WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

Respectfully Submitted,

*/s/ John P. Rodgers (w/permission CJB)*
Charles J. Mataya (BPR #012710)
John P. Rodgers (BPR #030324)
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203
P: 615 252-2324
cmataya@bradley.com
jrodgers@bradley.com

*Attorneys for Defendant Yates Services, LLC*
*/s/ Christopher J. Barrett* _____
Kenneth A. Weber (BPR #015730)
Christopher J. Barrett (BPR #032978)

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
kweber@bakerdonelson.com
cbarrett@bakerdonelson.com

*Attorneys for Envision AESC US, LLC*

*/s/ Nina Parsely (w/ permission CJB)*
Nina Parsley, BPR #023818
nina@poncelaw.com
*Michael D. Ponce & Associates, PLLC*
400 Professional Park Drive
Goodlettsville, TN 37072
(615)851-1776

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Kenneth F. Major | Charles J. Mataya |
| Nina H. Parsley | John P. Rodgers |
| Michael D. Ponce & Associates | Bradley Arant Boult Cummings LLP |
| 400 Professional Park Drive | 1600 Division Street |
| Goodlettsville, TN 37072 | P.O. Box 340025 |
| kenneth@poncelaw.com | Nashville, TN 37203 |
| nina@poncelaw.com | cmataya@bradley.com |
| | jrodgers@bradley.com |
| *Attorneys for Plaintiff* | *Attorneys for Yates Services, LLC* |
| | */s/ Christopher J. Barrett* |
| | Christopher J. Barrett |